IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KARLEY E. NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09-cv-700-MEF |
| | ) |
| CHATTAHOOCHEE VALLEY | ) (WO—Do Not Publish) |
| HOSPITAL SOCIETY, | ) |
| | ) |
| Defendant. | ) |

**<u>MEMORANDUM OPINION AND ORDER</u>**

It is hereby ORDERED as follows:

1. The defendant's Motion to Alter or Amend the Court's August 4, 2010 Memorandum Opinion and Order Regarding Plaintiff's Retaliatory Discharge and Equal Pay Act Claims (Doc. # 61), filed on August 6, 2010, is DENIED.[1]

2. The plaintiff's Rule 59(e) Motion to Alter or Amend the Court's August 4, 2010 Memorandum Opinion and Order Regarding Plaintiff's

---

[1] The plaintiff's EEOC charge of discrimination is legally sufficient to support her surviving retaliation claim. Although the plaintiff did not check the "retaliation" box on her charge or explicitly refer to retaliation, she did complain about her discharge. The discharge is the predicate adverse employment action for the plaintiff's retaliation claim, and consequently, the EEOC reasonably could have been expected to investigate the reasons for her discharge, including whether the discharge was retaliatory. *See Gregory v. Ga. Dep't of Human Res.*, 355 F.3d 1277, 1280 (11th Cir. 2004).

1

Pregnancy-Discrimination Claims (Doc. # 63), filed on August 11, 2010, is

DENIED.

DONE this the 13th day of August, 2010.

                                              /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE